UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG STEVEN PETTIFORD,

                Plaintiff,

-against-

THE UNITED STATES OF AMERICA,

                Defendant.

23cv4972 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 22, 2024
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge